No. 87–1548. PREWITT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 87–1578. SODOWSKI v. NATIONAL FLOOD INSURANCE PROGRAM OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY. C. A. 7th Cir. Certiorari denied.

No. 87–1591. FRASER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–1610. JACK DYKSTRA FORD, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 87–1674. BENEVENTO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–1675. SCHERER v. BALKEMA ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1684. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. ESTATE OF WESSON, BY HALL, ADMINISTRATRIX AND AS GUARDIAN OF WESSON ET AL. Sup. Ct. Miss. Certiorari denied.

No. 87–1688. OWEN ET UX. v. CITY OF SPRINGFIELD, MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 87–1696. TOYOTA OF BERKELEY v. AUTOMOBILE SALESMEN'S UNION, LOCAL 1095, UNITED FOOD & COMMERCIAL WORKERS UNION. C. A. 9th Cir. Certiorari denied.

No. 87–1700. CAPRIOLA ET UX. v. B. F. GOODRICH CO. C. A. 3d Cir. Certiorari denied.

No. 87–1709. TEUBNER ET UX. v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 87–1713. RUTLEDGE v. MARMAC SYSTEMS ENGINEERING. C. A. 9th Cir. Certiorari denied.